## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

```
_____
                            )
UNITED STATES OF AMERICA,   )
                            )
v.                          )   Criminal Action No. 05-206
                            )
MICAELA A. SPENCER,         )
                            )
        Defendant.          )
_____)
```

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the April 29, 2005 decision of the Magistrate Judge is REVERSED.

                                              /s/
                                      _____
                                      CLAUDE M. HILTON
                                      UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 26, 2005